
ORDERED UNSEALED on 06/14/2023   s/ ElizabethS

~~SEALED~~



UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2023 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ZUNYU ZHAO (1),<br>　aka Kathy Zhao,<br>XIONWEI XIAO (2),<br>　aka Luis Xiao,<br><br>　　　　　Defendants. | Case No. '23 CR0983 TWR<br><br>I N D I C T M E N T<br><br>Title 18, U.S.C., Sec. 371 -<br>Conspiracy; Title 18, U.S.C.,<br>Sec. 545 - Importation Contrary to<br>Law; Title 18, U.S.C., Sec. 2 -<br>Aiding and Abetting |

The grand jury charges, at all times relevant herein:

### INTRODUCTORY ALLEGATIONS

1. The Convention on International Trade in Endangered Species of Wild Fauna and Flora (CITES) is an international agreement signed by 183 nations and implemented in 1975, which restricted the international trade and transportation of threatened and endangered species. Both Mexico and the United States are signatories to CITES. In the United States, trade in CITES species is regulated pursuant to the Endangered Species Act, 16 U.S.C. §§1538 and 1540, and its implementing regulations.

2. *Isostichopus fuscus* is a type of sea cucumber found in the Eastern Pacific from Mexico to Ecuador. *Isostichopus fuscus* has been listed on Appendix III of CITES as protected since 2003. This species is valued in Asia for its supposed medicinal properties.

CFB:nlv:Imperial
5/19/23

3. To lawfully import any specimen listed on Appendix III to CITES, federal regulations require that the fish or wildlife must be accompanied upon importation into the United States by specific CITES documentation, such as an export permit (50 CFR §23.36), a re-export certificate (50 CFR §23.37), or a CITES certificate from the country of origin (50 CFR §23.38), pursuant to 16 U.S.C. §§1538(c) and 1540(b) and 50 C.F.R. §23.20.

4. Anyone engaging in business as an importer of fish and wildlife into the United States is required to have an import/export license issued by the U.S. Fish and Wildlife Service, pursuant to Title 16, United States Code, Section 1538(d). Federal regulations create a rebuttable presumption that a commercial quantity is more than eight specimens of any single species. 50 C.F.R. §14.4. Importers of fish and wildlife are further required to file a declaration form 3-177 with the U.S. Fish and Wildlife Service at the time of importation, identifying the species, the quantity, the importer and the intended destination of the fish or wildlife within the United States, pursuant to 16 U.S.C. §§1538(e) and 1540(b) and 50 C.F.R. §14.61.

### Count 1

### (18 USC § 371 - Conspiracy)

5. Paragraphs 1 through 4 of the Introductory Allegations are incorporated as if set forth in full herein.

6. Beginning at a date unknown to the grand jury but at least as early as May 9, 2017, and continuing up to and including at least on or about February 10, 2019, within the Southern District of California, and elsewhere, defendants ZUNYU ZHAO, aka Kathy Zhao, and XIONWEI XIAO, aka Luis Xiao, knowingly and willfully conspired

together and with others known and unknown to the grand jury to commit offenses against the laws of the United States, to wit:

  a. to knowingly import and bring into the United States, merchandise, that is, sea cucumbers, contrary to law, in that the merchandise was imported into the United States without the proper CITES documentation, without an import/export license and without a declaration form 3-177; and

  b. to knowingly receive, buy, sell and facilitate the transportation of such merchandise, knowing the merchandise to have been imported contrary to law,

All in violation of Title 18, United States Code, Section 545;

7. As a method and means of the conspiracy, defendant ZUNYU ZHAO, aka Kathy Zhao, obtained quantities of dried sea cucumber from defendant XIONWEI XIAO, aka Luis Xiao, and others in Mexico.

8. As a further method and means of the conspiracy, the defendant ZUNYU ZHAO, aka Kathy Zhao, smuggled the sea cucumber into the United States for later transportation and sale to customers in the United States.

**Overt Acts**

9. In furtherance of the conspiracy, the following overt acts were committed within the Southern District of California, and elsewhere:

  a. On or about May 9, 2017, in Calexico, California, defendant ZUNYU ZHAO, aka Kathy Zhao, entered the United States from Mexico with 11.50 kg of sea cucumber (*Isostichopus fusucs*).

  b. On or about May 10, 2017, in Calexico, California, defendant ZUNYU ZHAO, aka Kathy Zhao, sent an audio message to defendant XIONWEI XIAO, aka Luis Xiao, advising that the sea cucumber

had been seized and inspectors had advised her that it was illegal to import into the United States.

  c. On March 20, 2018, defendant ZUNYU ZHAO, aka Kathy Zhao, sent an image to defendant XIONWEI XIAO, aka Luis Xiao, of a ledger, reflecting the shipment of 43 packages of sea cucumber during February and March of 2018.

  d. On or about October 22, 2018, defendant ZUNYU ZHAO, aka Kathy Zhao, offered to smuggle sea cucumber for $20/kg, noting that the price was due to the fact that it was illegal to import and she could face strong penalties.

  e. On or about November 16, 2018, defendant XIONWEI XIAO, aka Luis Xiao, sent a message to defendant ZUNYU ZHAO, aka Kathy Zhao, stating that there were two bags of sea cucumber for her to cross into the United States.

  f. On or about November 18, 2018, defendant ZUNYU ZHAO, aka Kathy Zhao, sent a message to defendant XIONWEI XIAO, aka Luis Xiao, advising that she would mail a package for him on Wednesday [11-21-18].

  g. On or about November 21, 2018, defendant ZUNYU ZHAO, aka Kathy Zhao, sent defendant XIONWEI XIAO, aka Luis Xiao, an image of five 2 kg. bags of sea cucumbers.

  h. On or about November 21, 2018, defendant ZUNYU ZHAO, aka Kathy Zhao, sent defendant XIONWEI XIAO, aka Luis Xiao, an image of a receipt for mailing a 23 lb. package to Arcadia, California.

  i. On or about February 10, 2019, in Calexico, California, defendant ZUNYU ZHAO, aka Kathy Zhao, entered the United States from Mexico with 2 kg of sea cucumber (*Isostichopus fuscus*).

All in violation of Title 18, United States Code, Section 371.

### Count 2

**(18 USC §§ 545 & 2 - Importation Contrary to Law)**

10. Paragraphs 1 through 4 of the Introductory Allegations are incorporated herein as if set forth in full.

11. On or about February 10, 2019, within the Southern District of California, defendants ZUNYU ZHAO, aka Kathy Zhao, and XIONWEI XIAO, aka Luis Xiao, did knowingly import and bring into the United States certain merchandise, to wit, sea cucumbers (*Isostichopus fuscus*), contrary to law, that is:

    a. in violation of the requirement that the importation of any species protected by Appendix III of CITES be accompanied by an export permit, re-export certificate or a certificate of origin, pursuant to Sections 1538(c) and 1540(b)(1) and 50 C.F.R. §23.20,

    b. without an import license issued by the U.S. Fish and Wildlife Service, in violation of Title 16, United States Code, Section 1538(d), and,

    c. without a declaration form 3-177 filed with the U.S. Fish and Wildlife Service, pursuant to Title 16, United States Code, Section 1538(e).

All in violation of Title 18, United States Code, Sections 545 and 2.

DATED: May 23, 2023.

RANDY S. GROSSMAN
United States Attorney

By: _____
CARL F. BROOKER, IV
Assistant U.S. Attorney


